362

No. 15–0334/MC. U.S. v. Quantaus R. Riggins. CCA 201400046. Appellants motion to extend time to file a brief granted to May 7, 2015.

No. 15–05412/MC. U.S. v. Anibal A. Barraza. CCA 201400210. Appellants motion to extend time to file the supplement to the petition for grant of review granted to May 18, 2015.

Thursday, April 30, 2015

